# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal Local #10 Control Board Trust Fund,

        Plaintiffs,

v.

Forte Mechanical, Inc.,

        Defendant.

Civil No. 10-2836 (JNE/SRN)

**ORDER**

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge Susan Richard Nelson dated November 2, 2010. No objections to the Report and Recommendation have been filed within the requisite time period.

Based on the foregoing, and all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for entry of default judgment [Doc. No. 8] is **GRANTED**; and

2. Judgment in the amount of $32,117.24 be entered against Defendant and in favor of Plaintiffs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 7, 2010

s/ Joan N. Ericksen      
JOAN N. ERICKSEN
United States District Court Judge